FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2022

SEAN F. McAVOY, CLERK

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

United States of America )
)
vs )   Case No. 4:21-CR-06038-SAB-1
)
Pedro Olvera, Jr. )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Pedro Olvera, Jr., have discussed with Daniel Manning, Pretrial Services/Probation Officer, modification of my release as follows:

Removal of Special Condition number 28 which states, Defendant shall participate in one or more of the following home confinement program(s):

Electronic Monitoring: The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

OR

GPS Monitoring: The Defendant shall participate in a program of GPS monitoring. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-11-22    _____  7/11/2022
Signature of Defendant        Date         Pretrial Services/Probation Officer    Date

Pedro Olvera, Jr.                           Daniel Manning

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              07/11/2022
Signature of Defense Counsel         Date

Scott Johnson

[X]    The above modification of conditions of release is ordered, to be effective on July 13, 2022

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____              July 13, 2022
Signature of Judicial Officer        Date

XXXXXXXX  Alexander C. Ekstrom
U.S. Magistrate Judge